## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LATARRYES BUSH**                                                           **PLAINTIFF**
**#10638**

**v.**                                   **No. 4:25-cv-589-DPM**

**RICK D. NASH, Retired Saline County**
**Deputy;   BRANDON HARRIS,**
**Undercover FBI Agent;   ERIC HIGGINS,**
**Sheriff, Pulaski County Detention**
**Facility;   and DOES, All Active and/or**
**Sitting Judges, Federal and State Judges**          **DEFENDANTS**

### ORDER

1.      Bush's application to proceed *in forma pauperis*, *Doc. 1*, is denied because it was prepared for a separate plaintiff, Joshua Johnson. *Doc. 1 at 3*.   It isn't clear that Bush knows he has been listed as a plaintiff on this complaint.   To proceed with this case, Bush must either pay the $405 filing fee or file an application to proceed *in forma pauperis* by 1 August 2025.   If he doesn't respond to this Order, the Court will assume he didn't know, and his case will be dismissed without prejudice.   LOCAL RULE 5.5(c)(2).   The Court will further recommend that the dismissal not be counted as a strike.   28 U.S.C. § 1915(g).

2.      The Court directs the Clerk to mail Bush an application to proceed *in forma pauperis* and a blank § 1983 form.   If the Court grants

him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Bush will have to pay the $350 filing fee in monthly installments taken from his prisoner account.   28 U.S.C § 1915(b).

    So Ordered.

_W.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_25 June 2025_